# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| **CERNER CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 04-1033-CV-W-GAF |
| | ) | |
| **VISICU, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER DENYING MOTION FOR A TEMPORARY INJUNCTION

Presently before the Court is Defendant Visicu, Inc.'s ("Visicu") Motion for a Temporary Injunction. (Doc. # 579). Visicu seeks to enjoin Plaintiff Cerner Corporation ("Cerner") from selling or offering for sale its INet Virtual product for a period of 18 months in light of Cerner's alleged misappropriation of three Visicu trade secrets, namely the Gap Analysis, the Anderson Document, and the eLert Guide. (Doc. ## 579-80). Cerner opposes, arguing Visicu has not established irreparable harm or the inadequacy of remedies at law, and, alternatively, arguing the requested injunction is overly broad in time and scope. (Doc. # 586). Upon thorough review of the parties' respective arguments, the Court finds Visicu had adequate remedies at law and, therefore, equitable relief is inappropriate. Accordingly, Visicu's Motion is **DENIED.**

**IT IS SO ORDERED.**

                                                                                s/ Gary A. Fenner
                                                                                Gary A. Fenner, Judge
                                                                                United States District Court

DATED: May 20, 2010